**Eric Roy, Esq.**
Nevada Bar No. 11869
**Michael T. Nixon, Esq.**
Nevada Bar No. 12839
**ERIC ROY LAW FIRM**
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION
****

| | |
|---|---|
| SABINE MOSS, an individual, | CASE NO: 2:20-cv-01275-JCM-BNW |
| Plaintiff, | |
| vs. | |
| MUTUAL OF ENUMCLAW INSURANCE COMPANY; USAA CASUALTY INSURANCE COMPANY; I through X, inclusive,; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT MUTUAL OF ENUMCLAW INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**
**(FIRST REQUEST)**

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record herein:

That the time for the parties to respond to Defendant Mutual of Enumclaw Insurance Company's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, which was filed in U.S. District Court on July 27, 2020, be extended by one week from August 10, 2020 to August 17, 2020;

That the time for Mutual of Enumclaw to submit a brief in reply will also be extended accordingly.

-1-

1   No hearing or oral argument on said motion has yet been scheduled.

2   This is the first stipulation for extension of time to respond to any motion. That the reason for this extension is that each of the parties are currently working on resolving certain issues and streamlining the nature of the pending litigation, including a stipulated dismissal without prejudice and a potential re-filing of the Complaint against the two Defendants in a jurisdiction that may be more appropriate for this suit.

DATED this  10  th day of August, 2020.    DATED this  10  th day of August, 2020.

**ERIC ROY LAW FIRM**                      **BREMER WHYTE BROWN & O'MEARA LLP**

 //s// Michael Nixon                        //s// Melissa Ingleby
Eric Roy, Esq.                             Melissa Ingleby, Esq.
Nevada State Bar No. 11869                 Nevada State Bar No. 12935
Michael T. Nixon, Esq.                     1160 N. Town Center Dr. Ste 250
Nevada State Bar No. 12839                 Las Vegas, Nevada  89144
703 South Eighth Street                    (702) 258-6665
Las Vegas, Nevada  89101                   *Attorney for Defendant,*
(702) 423-3333                             *Mutual of Enumclaw Insurance*
*Attorney for Plaintiff*

DATED this  10  th day of August, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 //s// Christopher Richardson
Christopher Richardson, Esq.
Nevada State Bar No. 9166
525 Market Street, 17th Floor
San Francisco, CA 94105
(415) 433-0990
*Attorney for Defendant, USAA Casualty Insurance*

///

///

///

**ORDER (CASE NO: 2:20-cv-01275-JCM-BNW)**

**IT IS HEREBY ORDERED THAT:**

That the time for the parties to respond to Defendant Mutual of Enumclaw Insurance Company's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, which was filed in U.S. District Court on July 27, 2020, be extended by one week from August 10, 2020 to August 17, 2020;

**IT IS HEREBY FURTHER ORDERED THAT:**

That the time for Mutual of Enumclaw to submit a brief in reply will also be extended accordingly.

**IT IS SO ORDERED** August 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

DATED this __10__ th day of August, 2020.

Submitted by:

**ERIC ROY LAW FIRM**

   //s// Michael Nixon
Eric Roy, Esq.
Nevada State Bar No. 11869
Michael T. Nixon, Esq.
Nevada Bar No. 12839
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

**Eric Roy Law Firm**
703 South Eighth Street
Las Vegas, Nevada 89101
702.423.3333

# Katrina Thao

| | |
|---|---|
| **From:** | Michael Nixon |
| **Sent:** | Monday, August 10, 2020 4:10 PM |
| **To:** | Katrina Thao |
| **Cc:** | SabineMossZ634118@projects.filevine.com |
| **Subject:** | FW: Moss v. Mutual of Enumclaw Insurance Company  (BWBO 1472.002) |



Michael Nixon, Esq.
ERIC ROY LAW FIRM
Associate Attorney
703 South Eighth Street
Las Vegas, NV 89101
T: 702-423-3333 || F: 702-924-2517
Michael@EricRoyLawFirm.com

**CONFIDENTIALITY NOTICE**:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email.  Thank you.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

**From:** Melissa Ingleby <mingleby@bremerwhyte.com>
**Sent:** Monday, August 10, 2020 4:10 PM
**To:** Michael Nixon <Michael@ericroylawfirm.com>
**Subject:** Re: Moss v. Mutual of Enumclaw Insurance Company (BWBO 1472.002)

Looks good! You may use my e-signature.

**Melissa Ingleby**
Bremer Whyte Brown & O'Meara, LLP | Las Vegas, NV
d: 725.210.8817
t: 702.258.6665
f: 702.258.6662

**From:** Michael Nixon <Michael@ericroylawfirm.com>
**Sent:** Monday, August 10, 2020 4:07 PM
**To:** Melissa Ingleby <mingleby@bremerwhyte.com>
**Subject:** RE: Moss v. Mutual of Enumclaw Insurance Company (BWBO 1472.002)

**\*\*\* This is an external email \*\*\***

Sounds good to me. See the attached proposed SAO. Let me know if you would like any changes.

# Katrina Thao

| | |
|---|---|
| **From:** | Michael Nixon |
| **Sent:** | Monday, August 10, 2020 4:12 PM |
| **To:** | Katrina Thao |
| **Cc:** | SabineMossZ634118@projects.filevine.com |
| **Subject:** | FW: Moss v. USAA |



**CONFIDENTIALITY NOTICE**:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email.  Thank you.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

**From:** Richardson, Chris <Chris.Richardson@wilsonelser.com>
**Sent:** Monday, August 10, 2020 4:11 PM
**To:** Michael Nixon <Michael@ericroylawfirm.com>; Podesta, John <John.Podesta@wilsonelser.com>
**Cc:** eric <eric@ericroylawfirm.com>; Jennifer Pascual <Jennifer@ericroylawfirm.com>; SabineMossZ634118@projects.filevine.com
**Subject:** RE: Moss v. USAA

Feel free to affix my e-signature.  Thank you

**From:** Michael Nixon [mailto:Michael@ericroylawfirm.com]
**Sent:** Monday, August 10, 2020 4:08 PM
**To:** Richardson, Chris <Chris.Richardson@wilsonelser.com>; Podesta, John <John.Podesta@wilsonelser.com>
**Cc:** eric <eric@ericroylawfirm.com>; Jennifer Pascual <Jennifer@ericroylawfirm.com>; SabineMossZ634118@projects.filevine.com
**Subject:** RE: Moss v. USAA

**[EXTERNAL EMAIL]**

Chris,

In the interim, please see the attached SAO to extend the briefing deadline for Enumclaw's MTD. I am awaiting comments or approval from Ms. Ingleby. Please let me know your thoughts on the same.